## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| HEATHER JENNINGS, individually and on behalf of others similarly situated, | Civil No. 12-CV-00293 (SRN/TNL) |
| Plaintiff, | |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | |
| Defendant. | |
| | |
| LINDA WAWRZASZEK and TINA ROBISON, on behalf of themselves and others similarly situated, | Civil No. 13-CV-00590 (SRN/TNL) |
| Plaintiffs, | |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | |
| Defendant. | |
| | |
| ALLAN PENK, individually and on behalf of others similarly situated, | Civil No. 13-CV-00638 (SRN/TNL) |
| Plaintiff, | |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | |
| Defendant. | |

| | |
|---|---|
| TAMARA FIELDS and LAKENYA HARRISON, individually and on behalf of other similarly situated individuals, | Civil No. 13-CV-00778 (SRN/TNL) |
| Plaintiffs, | |
| v. | |
| CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, | |
| Defendant. | |

**JOINT MOTION FOR APPROVAL OF FLSA SETTLEMENT AND DISMISSAL OF CLAIMS WITH PREJUDICE**

The Parties hereby move the Court for an order granting their Joint Motion Approval of FLSA Settlement and Dismissal of Claims with Prejudice.

This Motion is based on the Memorandum of Law in Support of the Joint Motion and all of the files, records and proceedings herein, as well as such oral and documentary evidence as may be presented at the hearing of this Motion.

Dated: May 23, 2013          **NICHOLS KASTER, PLLP**

s/Reena I. Desai
Michele R. Fisher, MN Bar No. 303069
Reena I. Desai, MN Bar No. 0388311
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 215-6870
fisher@nka.com
rdesai@nka.com

2

ATTORNEYS FOR PLAINTIFFS AND THE
COLLECTIVE CLASSES


**JONES DAY**

*s/Brian Jorgensen*
Brian Jorgensen, TX State Bar No. 24012930*
2727 N. Harwood Street
Dallas, Texas 75201-1568
Telephone: (214) 220-3939
Facsimile: (214) 969-5100
bmjorgensen@jonesday.com


**JONES DAY**
Stanley Weiner, OH State Bar No. 0083382*
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
sweiner@jonesday.com

*Admitted Pro Hac Vice*


**LITTLER MENDELSON, P.C.**
Andrew J. Voss, MN Bar No. 0241556
Jeffrey A. Timmerman, MN Bar No. 0352561
John H. Lassetter, MN Bar No. 0389009
1300 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 630-1000
Fax: (612) 630-9626
avoss@littler.com
jtimmerman@littler.com
jlassetter@littler.com


ATTORNEYS FOR DEFENDANT